**Order entered December 11, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01280-CR

### MICHAEL EARL SMITH, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 5
### Dallas County, Texas
### Trial Court Cause No. F13-58426-L

## ORDER

We **GRANT** Official Court Reporter Belinda G. Baraka's December 9, 2014 request for an extension of time to file the reporter's record. The reporter's record shall be due **THIRTY DAYS** from the date of this order.

/s/     LANA MYERS
JUSTICE